CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Maria Estrada**<br>DOB: 1980; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08523MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about January 15, 2026, in the District of Arizona, **Maria Estrada**, knowing or in reckless disregard that certain aliens, including Wei Wen, Subaskumar Murukaiya and Dishanth Gnanasekaram, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about January 15, 2026, in the District of Arizona, **Maria Estrada**, knowing that certain illegal aliens, including Wei Wen, Subaskumar Murukaiya and Dishanth Gnanasekaram, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On January 15, 2026, in the District of Arizona (Sonoita), at approximately 6:00 p.m. Border Patrol Agents (BPAs) monitoring traffic on State Route (SR) 82 near mile marker (MM) 31 observed a gray Chevrolet Tahoe with heavy tint traveling eastbound. The vehicle was going approximately 80 miles per hour (MPH), well above the rest of traffic at the time. The heavy tint on the vehicle is commonly seen among vehicles used for smuggling to obscure the view of occupants in the vehicle. Due to the vehicle taking this known smuggling route at a high rate of speed, BPAs decided to follow the vehicle to further investigate. Once behind the vehicle, BPAs watched the vehicle accelerate and pass multiple vehicles at a time. This behavior indicated to BPAs that the driver intended to avoid their vehicle. As BPAs attempted to catch up with the vehicle, it continued speeding and drove through the intersection of SR 82 and SR 83 continuing east on SR 82. This area is the center of Sonoita, Arizona, and the speed limit drops to 35 MPH in this area. BPAs working in the Tactical Operations Center (TOC) at the Sonoita Border Patrol station, located the vehicle, via camera, at this intersection and noticed it speeding through town. As BPAs continued following the vehicle attempting to reach it, they observed it turn left into a parking lot. As BPAs got closer, the vehicle turned around and continued traveling eastbound on SR 82. Once BPAs caught up with the vehicle and started pacing it, they looked at the speedometer and noticed that they were driving at approximately 95 MPH. BPAs requested a records check for the Chevrolet Tahoe bearing Arizona license plate AZ BYA170, which revealed a suspended registration out of Tucson, Arizona. to a male owner.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Wei Wen, Subaskumar Murukaiya and Dishanth Gnanasekaram

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Nick Piccolo |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 16, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee

It is common for a vehicle based out of Tucson driving SR 82 indicates the driver is attempting to avoid thee Interstate 19 (I-19) checkpoint. I-19 would be a more efficient route of travel due to the significant reduction in time it takes to reach Tucson. This fact combined with the high rate of speed and erratic behavior of the driver, including passing vehicles and turning into parking lots to immediately turn around, BPAs decided to initiate a vehicle stop to conduct an immigration inspection on the occupants near MM 37 on SR 82. BPAs approached the passenger side of the Chevrolet Tahoe and noticed that the driver was a female which was different than the reported registered owner. BPAs asked the driver, later identified as **Maria Estrada**, where she was coming from, and she stated that she was coming from Nogales, AZ. As part of their immigration investigation, BPAs asked the driver if she could provide identification. She stated that she did not have identification but provided BPAs with a name of Perla Estrada and a date of birth. BPAs ran record checks for the driver, which included immigration history, warrants, and criminal history and ultimately determined that the information she provided was false. They were able to identify her as **Maria Estrada**. While waiting for these records, BPAs overheard a report of a witness watching a vehicle matching the description of this Chevrolet Tahoe seen dropping off three people at a parking lot in Sonoita, AZ and that these people were seen running northbound of SR 82 wearing camouflage. Camouflage is frequently used by illegal aliens (IAs) to avoid detection. Shortly after hearing this, a concerned citizen approached other BPAs at the vehicle stop and informed them that he also observed this Chevrolet Tahoe dropping the people off. At approximately 6:30 p.m., BPAs at the vehicle stop heard via service radio that a three IAs was apprehended north of SR 82, near the Sonoita Meat Market, by other BPAs. BPAs believed she picked this group up, but then she noticed BPAs following her and dropped them off. She then continued to try to get away from BPA traveling eastbound on SR 82 before they conducted their stop. The three subjects arrested by the other BPAs were identified as Wei Wen a citizen and national of China, Subaskumar Murukaiya, and Dishanth Gnanasekaram both citizens and nationals of Sri Lanka. Record checks revealed the three subjects do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Wei Wen stated he is a citizen of China and does not have proper documents to legally enter, remain or pass through the United States. He stated he paid 200,000 in Chinese currency by electronic payment and by cash. He stated he paid a broker who made his smuggling arrangements. Wei Wen was shown a six-person photo lineup, and he identified photo #6, which depicted **Maria Estrada**, as the driver of the vehicle that picked him up. Wei Wen was shown a picture of the vehicle a 2018 Tahoe, bearing Arizona license plate BYA170 used in the smuggling attempt, but he was unable to confirm it was the same vehicle. He stated that he was ordered to give up his cellphone once entering the vehicle, which was later found inside of the Chevrolet Tahoe.

Material Witness Dishanth Gnanasekaram stated is a citizen of Sri Lanka and does not have proper documents to legally enter, remain or pass through the United States. He stated his landlord paid for him to be smuggled into the United States. Dishanth Gnanasekaram was shown a six-person photo lineup, and he identified photo #6, which depicted **Maria Estrada**, as the driver of the vehicle that picked him up. He was shown a picture of the 2018 Tahoe, bearing Arizona license plate BYA170 used in the smuggling attempt, but he was unable to confirm it was the same vehicle. He stated that he was ordered to give up his cellphone once entering the vehicle, which was later found inside of the Chevrolet Tahoe.

Material Witness Subaskumar Murukaiya stated he was a citizen of Sri Lanka and does not have proper documents to legally enter, remain or pass through the United States. He stated his wife paid for him to be smuggled into the United States. He was shown a six-person photo lineup, and he identified photo #6, which depicted **Maria Estrada**, as the driver of the vehicle that picked him up. He was shown a picture of the 2018 Tahoe, bearing Arizona license plate BYA170 used in the smuggling attempt. He could not identify the exterior of the vehicle but was able to positively identify the interior of the vehicle as the one that he was transported in. He stated that he was ordered to give up his cellphone once entering the vehicle, which was later found inside of the Chevrolet Tahoe.